CLOSED

# U.S. District Court
# Northern District of Alabama (Eastern)
# CRIMINAL DOCKET FOR CASE #: 1:13-cr-00398-KOB-SGC-1

Case title: USA v. Lundborg

Date Filed: 10/03/2013
Date Terminated: 04/08/2014

Assigned to: Chief Judge Karon O Bowdre
Referred to: Magistrate Judge Staci G Cornelius

**Defendant (1)**

**Fred Joseph Lundborg, IV**
*TERMINATED: 04/08/2014*

represented by **Glennon F Threatt , Jr**
ASSISTANT FEDERAL PUBLIC DEFENDER
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, AL 35203
205-208-7170
Email: Glennon_Threatt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kevin L Butler**
FEDERAL PUBLIC DEFENDER
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, AL 35203
205-208-7170
Email: ALNFD_Notice@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Allison Case**
ASSISTANT FEDERAL PUBLIC DEFENDER
Northern District of Alabama
505 20th Street North
Suite 1425
Birmingham, AL 35203
205-208-7170

Email: Allison_Case@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:922(g)(1)-UNLAWFUL TRANSPORT OF FIREARMS, ETC.; convicted felon (1)

### Disposition

CBP 60 mos to run consec w/Calhoun Cir Ct Case Nos CC12-1711 through CC12-1715 and CC13-544, SRT 36 mos; No Fine; AF $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

---

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **US Probation**<br>UNITED STATES PROBATION OFFICE<br>Robert Vance Bldg.<br>1800 5th Avenue North<br>Birmingham, AL 35203<br>716-2900<br>Email: alnpdb_cmecf@alnp.uscourts.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**USM**<br>UNITED STATES MARSHAL<br>Hugo Black Courthouse, Room 240<br>1729 5th Avenue North<br>Birmingham, AL 35203<br>205-731-1712<br>Email: usms-aln-courts@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric W Hunter** |

OFFICES OF THE UNITED STATES ATTORNEY
1801 4th Avenue North
Birmingham, AL 35203
205-244-2160
Email: Eric.Hunter2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce White Vance**
101 Paul W. Bryant Drive
Tuscaloosa, AL 35487
205-348-5440
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2013 | 1 | INDICTMENT **Please file all subsequent documents using the criminal case number assigned to this indictment.** as to Fred Joseph Lundborg, IV (1) count(s) 1. (Attachments: # 1 signed sealed indictment) (SMH2, ) (Entered: 10/04/2013) |
| 10/07/2013 | 2 | Application for Writ of Habeas Corpus ad Prosequendum as to Fred Joseph Lundborg, IV *BY USA* (Hunter, Eric) (Entered: 10/07/2013) |
| 10/07/2013 |  | Writ of Habeas Corpus ad Prosequendum Issued to Ventress Correctional Fac, Clayton, AL as to Fred Joseph Lundborg, IV for Arraignment set 10/17/2013 at 9:30 AM before US Magistrate Judge Haikala (DWC, ) (Entered: 10/07/2013) |
| 10/07/2013 |  | SET HEARING as to Fred Joseph Lundborg, IV, Arraignment set for 10/17/2013 09:30 AM in Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge Madeline H Haikala. (DWC, ) (Entered: 10/07/2013) |
| 10/08/2013 |  | Attorney update in case as to Fred Joseph Lundborg, IV FD Atty, Kevin L Butler for Fred Joseph Lundborg, IV added(CJV) (Entered: 10/08/2013) |
| 10/08/2013 | 3 | SCHEDULING ORDER AND NOTICE as to Fred Joseph Lundborg, IV Signed by Magistrate Judge Madeline H Haikala on 10/8/13(CJV) (Entered: 10/08/2013) |
| 10/08/2013 | 4 | STANDING ORDER as to Fred Joseph Lundborg, IV Signed by Magistrate Judge Madeline H Haikala on 10/8/13(CJV) (Entered: 10/08/2013) |
| 10/16/2013 | 5 | NOTICE OF ATTORNEY APPEARANCE: Glennon F Threatt, Jr appearing for Fred Joseph Lundborg, IV (Threatt, Glennon) (Entered: 10/16/2013) |
| 10/16/2013 | 6 | NOTICE OF ATTORNEY APPEARANCE: Allison Case appearing for Fred Joseph Lundborg, IV (Case, Allison) (Entered: 10/16/2013) |
| 10/17/2013 |  | Minute Entry for proceedings held before Magistrate Judge Paul W Greene:Atty Apptment Hrg/Init Appr/Arr as to Fred Joseph Lundborg IV (1) Count 1 held on |

|  |  |  |
|---|---|---|
|  |  | 10/17/2013; dft deemed eligible for appted counsel w/FD appted; dft served, waived reading & NG plea entered; dft in state custody remanded to USM; hrg adj;(Court Reporter Cheryl P.)(CJV) (Entered: 10/17/2013) |
| 10/22/2013 |  | Case as to Fred Joseph Lundborg, IV Referred to Magistrate Judge Paul W Greene. (HBB, ) (Entered: 10/22/2013) |
| 11/12/2013 | 7 | NOTICE OF HEARING as to Fred Joseph Lundborg, IV (001). Change of Plea Hearing set for 11/22/2013 at 10:30 AM, CR 5A Hugo L Black US Courthouse, Birmingham, AL before Judge Karon O Bowdre. (FNC) (Entered: 11/12/2013) |
| 11/22/2013 |  | Minute Entry for proceedings held before Chief Judge Karon O Bowdre:Change of Plea Hearing as to Fred Joseph Lundborg, IV (001) held on 11/22/2013. Def enters BLIND plea of guilty as to ct 1. Ct accepts plea as free and voluntary. Def remanded to custody of USM pending sentencing. Sentencing set by separate order. Ct adj. (Court Reporter Teresa Roberson.) (FNC) (Entered: 11/22/2013) |
| 11/22/2013 | 8 | GUILTY PLEA ADVICE OF RIGHTS CERTIFICATION by Fred Joseph Lundborg, IV (FNC) (Entered: 11/22/2013) |
| 11/22/2013 | 9 | NOTICE OF HEARING as to Fred Joseph Lundborg, IV (001). Sentencing set for 4/2/2014 at 02:00 PM, CR 5A, Hugo L Black US Courthouse, Birmingham, AL before Chief Judge Karon O Bowdre. (FNC) (Entered: 11/22/2013) |
| 03/31/2014 | 10 | SENTENCING MEMORANDUM by Fred Joseph Lundborg, IV (Threatt, Glennon) (Entered: 03/31/2014) |
| 04/02/2014 |  | Minute Entry for proceedings held before Chief Judge Karon O Bowdre:Sentencing held on 4/2/2014 for Fred Joseph Lundborg, IV (001). CBP 60 mos as to Ct 1, to run consec w/Calhoun Cir Ct Co Case Nos: CC12-1711 through CC12-1715 and CC13-544. SRT 36 mos w/spec conds: 1) DAICASP; 2) GED; 3) CBT Program; 4) Anger Mgmt/Domestic Violence Program; 5) considered for placment in court re-entry program. No Fine. AF $100. Def remanded to custody of USM. Ct adj. (Court Reporter Teresa Roberson.) (FNC) (Entered: 04/02/2014) |
| 04/04/2014 |  | Case as to Fred Joseph Lundborg, IV Referred to Magistrate Judge Staci G Cornelius. (DWC, ) (Entered: 04/04/2014) |
| 04/08/2014 | 11 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Fred Joseph Lundborg, IV filed w/USP (HBB, ) (Entered: 04/08/2014) |
| 04/08/2014 | 12 | Sentencing Recommendations (Sealed) as to Fred Joseph Lundborg, IV filed w/USP (HBB, ) (Entered: 04/08/2014) |
| 04/08/2014 | 13 | JUDGMENT as to Fred Joseph Lundborg, IV (1), Count(s) 1, CBP 60 mos to run consec w/Calhoun Cir Ct Case Nos CC12-1711 through CC12-1715 and CC13-544, SRT 36 mos; No Fine; AF $100.00. Signed by Chief Judge Karon O Bowdre on 4/8/2014. (HBB, ) (Entered: 04/08/2014) |
| 04/08/2014 | 14 | SOR - Sealed Document (HBB, ) (Entered: 04/08/2014) |
| 04/14/2014 | 15 | Writ of Habeas Corpus ad Prosequendum (issued 10/7/13) Returned Executed as to Fred Joseph Lundborg, IV on 4/11/14. (SMH2, ) (Entered: 04/14/2014) |
| 12/15/2020 | 16 | SEALED MOTION (KWC, ) (Entered: 12/15/2020) |

| 12/15/2020 | 17 | TEXT ORDER terminating 16 Sealed Motion as to Fred Joseph Lundborg IV (1). Signed by Judge Karon O Bowdre on 12/15/2020. (KWC, ) (Entered: 12/15/2020) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/06/2021 09:19:41 | | | |
| **PACER Login:** | ug0396:4272656:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cr-00398-KOB-SGC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**